## DAVID MAKATCH v. STATE.

No. A-661.    Opinion Filed February 6, 1911.

(113 Pac. 200.)

**APPEAL—Record—Certification of Transcript.** Where an appeal is attempted to be taken upon a transcript of the record, the clerk of the court from which the appeal is taken must certify that the transcript contains a true and correct copy of the record of the proceedings of the lower court.

(Syllabus by the Court.)

*Appeal from District Court, McCurtain County; D. A. Richardson, Judge.*

David Makatch was convicted of manslaughter, and he appeals.    Dismissed.

*Smith C. Matson,* Asst. Atty. Gen., for the State.

FURMAN, PRESIDING JUDGE.    This is an attempted appeal upon a transcript of the record from the lower court; but there is no certificate of the clerk of the district court of McCurtain county, certifying that the transcript of the record contains a true and correct copy of the record in this case in said court.

The motion of the Attorney General to dismiss this appeal must therefore be sustained.

ARMSTRONG and DOYLE, JUDGES, concur.